UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------- x
SIMON J. BURCHETT PHOTOGRAPHY, INC., :
:
                      Plaintiff, :   No. 23-CV-9853 (LLS)
:
v. :   ORAL ARGUMENT
:   REQUESTED
ALIBABA GROUP (U.S.) INC., ALIBABA GROUP :
HOLDING LIMITED, ALIBABA CLOUD US LLC, :
ALIBABA.COM US E-COMMERCE CORP., :
ALIBABA.COM U.S. LLC, and ALIBABA.COM LLC, :
:
                      Defendants. :
---------------------------------------------------- x

## DECLARATION OF BOFU ZHU

I, BOFU ZHU, declare as follows:

    1.    I am the head of litigation at Alibaba.com (Europe) Limited. In this role, I have led the Alibaba Cloud international litigation team for approximately six months, and I am familiar with or have familiarized myself through internal investigation with Alibaba Cloud US LLC and Alibaba.com LLC (now Alibaba Cloud LLC).

    2.    I submit this declaration in support of the Motion to Dismiss the Second Amended Complaint. I have personal knowledge of the facts stated below and have conducted reasonable inquiry internally for those facts of which I do not have personal knowledge. If called upon as a witness, I could testify competently as to such facts to the best of my knowledge, information, and belief.

**Alibaba.com LLC (now Alibaba Cloud LLC)**

    3.    Alibaba.com LLC no longer exists under that name. Alibaba.com LLC is the previous name of a California corporation with its principal place of business in California.

1

Attached as Exhibit 1 is a true and correct copy of Alibaba.com LLC's articles of organization, filed in the office of the Secretary of State for the State of California on December 2, 2009.

4. On December 19, 2022, Alibaba.com LLC changed its name with the Secretary of State for the State of California to Alibaba Cloud LLC. Attached as Exhibit 2 is a true and correct copy of the Amendment to Articles of Organization of a Limited Liability Company, filed with the Secretary of State for the State of California on December 19, 2022.

5. Alibaba.com LLC, now known as Alibaba Cloud LLC, is a California corporation with its principal place of business in California. It is not incorporated in New York, does not have offices in New York, and it does not specifically direct or tailor its business activities to individuals or businesses in New York or the New York market.

6. Alibaba.com LLC, now known as Alibaba Cloud LLC, is not a Delaware corporation, and never designated any individual in Delaware or the office of the Delaware Secretary of State to accept service of process on its behalf.

7. Alibaba.com LLC, now known as Alibaba Cloud LLC, has not received service of the complaint in the above-captioned litigation.

8. Alibaba.com LLC, now known as Alibaba Cloud LLC, does not operate or control the website "Alibaba.com," and it does not exercise any control over the products and services listed and sold by third-party storefronts on the Alibaba.com website.

9. Alibaba.com LLC, now known as Alibaba Cloud LLC, does not manufacture, sell, or distribute any of the products or services marketed or displayed on the Alibaba.com website, nor does it own or control any such products or services.

10. Alibaba.com LLC, now known as Alibaba Cloud LLC, is a separate legal entity from the other defendants in this action and maintains its own books and records.

**Alibaba Cloud US LLC**

11.     Alibaba Cloud US LLC is a Delaware corporation with its principal place of business in California.  Alibaba Cloud US LLC is neither incorporated in nor has any offices in New York, and it does not specifically direct or tailor its business activities to individuals or businesses in New York or the New York market.

12.     Alibaba Cloud US LLC does not operate or control the website "Alibaba.com," and it does not exercise any control over the products and services listed and sold by third-party storefronts on the Alibaba.com website.

13.     Alibaba Cloud US LLC does not manufacture, sell, or distribute any of the products or services marketed or displayed on the Alibaba.com website, nor does it own or control any such products or services.

14.     Alibaba Cloud US LLC is a separate legal entity from the other defendants in this action and maintains its own books and records.

- 4 -

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of February, 2024, in London, England.

                                            _Bofu Zhu_ /s/
                                                 Bofu Zhu