UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
SIMON J. BURCHETT PHOTOGRAPHY, INC.   Case No.: 1:23-cv-9853 (LLS)

                         Plaintiff,

                    v.   **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO Fed.R.Civ.P. 41(a)(1)(A)(ii)**

ALIBABA GROUP (U.S.) INC., ALIBABA GROUP HOLDING LIMITED, ALIBABA CLOUD US LLC, ALIEXPRESS E-COMMERCE ONE PTE. LTD., and ALIBABA.COM SINGAPORE E-COMMERCE PRIVATE LIMITED,

                        Defendants.
------------------------------------------------------------------x

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) the parties jointly stipulate to dismiss the above-captioned matter with prejudice as to all defendants. Each party is responsible for its own attorneys' fees and costs.

Dated: June 4, 2024
       New York, New York

| | |
|---|---|
| _/s/ Richard M. Garbarini_ | _/s/ Jennifer Insley-Pruitt_ |
| Richard M. Garbarini | Jennifer Insley-Pruitt |
| | |
| GARBARINI FITZGERALD P.C. | DECHERT LLP |
| 250 Park Ave, 7th Floor | 1095 6th Ave |
| New York, New York 10177 | New York, NY 10036 |
| Email: rgarbarini@garbarinilaw.com | Email: jennifer.insley-pruitt@dechert.com |
| Phone: (212) 300-5358 | Phone: (212) 698-3500 |
| | |
| _Attorneys for Plaintiff_ | _Attorneys for Defendants_ |

SO ORDERED


_____
Louis L. Stanton
Senior United States
District Court Judge