Case 1:23-cv-09853-LLS Document 63 Filed 06/07/24 Page 1 of 1

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SIMON J. BURCHETT PHOTOGRAPHY, INC.

Plaintiff,

v.

ALIBABA GROUP (U.S.) INC., ALIBABA GROUP HOLDING LIMITED, ALIBABA CLOUD US LLC, ALIEXPRESS E-COMMERCE ONE PTE. LTD., and ALIBABA.COM SINGAPORE E-COMMERCE PRIVATE LIMITED,

Defendants.

Case No.: 1:23-cv-9853 (LLS)

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO Fed.R.Civ.P. 41(a)(1)(A)(ii)**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 6/7/24

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) the parties jointly stipulate to dismiss the above-captioned matter with prejudice as to all defendants. Each party is responsible for its own attorneys' fees and costs.

Dated: June 4, 2024
New York, New York

Richard M. Garbarini

GARBARINI FITZGERALD P.C.
250 Park Ave, 7th Floor
New York, New York 10177
Email: rgarbarini@garbarinilaw.com
Phone: (212) 300-5358

*Attorneys for Plaintiff*

Jennifer Insley-Pruitt

DECHERT LLP
1095 6th Ave
New York, NY 10036
Email: jennifer.insley-pruitt@dechert.com
Phone: (212) 698-3500

*Attorneys for Defendants*

SO ORDERED

Louis L. Stanton
Senior United States
District Court Judge

6/7/24